**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO FRANCISCO GONZALEZ,<br><br>Defendant. | Case No. 2:21-mj-00788-MDC<br>ORDER GRANTING<br>**Stipulation to Continue Status Conference**<br>**(Second Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to negotiate the matter.

2. The defendant is incarcerated in the Nevada Department of Corrections for unrelated state charges and has no objection to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the United States Marshals Service additional time to bring defendant over and allow the parties to resolve this matter.

4. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for December 19, 2024, at the hour of 1:30 p.m. is hereby VACATED, and RESET for January 23, 2025, at 1:30 pm.

DATED this 17th day of December, 2024.

_____
HONORABLE MAXIMILIANO D. COUVILLIER III
UNITED STATES MAGISTRATE JUDGE