JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant –GONZALEZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-mj-788 |
| Plaintiff, | **STIPULATION AND ORDER TO QUASH BENCH WARRANT** |
| v. | |
| GERARDO GONZALEZ, | |
| Defendant. | |

~~**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING**~~

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant GERARDO GONZALEZ and SKYLER PEARSON, Assistant United States Attorney, that the bench warrant issued for the defendant GERARDO GONZALEZ be quashed.

This Stipulation is entered into for the following reasons:

1. Mr. Gonzalez has completed his DUI School, Victim Impact Panel, Substance Abuse Counseling, and paid his fine to the Court.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the warrant being quashed by the court given the fact that Mr. Gonzalez

///

-1-

has completed his court-ordered requirements.

3.    DATED: September 8, 2025,

| | |
|---|---|
| /S/ Jess R. Marchese | /S/ Skyler Pearson |
| JESS R MARCHESE, ESQ. | SKYLER PEARSON, ESQ. |
| 601 S. Rancho Drive, B-14 | Assistant United States Attorney |
| Las Vegas, Nevada 89106 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

## ORDER

IT IS HEREBY ORDERED that bench warrant issued for Defendant Gerardo Gonzalez is hereby QUASHED.

DATED this 9th day of September, 2025.

_____
**U.S. MAGISTRATE JUDGE**